IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BNSF RAILWAY COMPANY,

Plaintiff,

v.

GILSTER-MARY LEE CORPORATION,

Defendant.

Case No. 15-cv-250 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 24, 2017**  **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**